IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER PHILIP ANDERSON and PATRICIA ANN ANDERSON,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITIMORTGAGE, INC., et al.,<br><br>　　　　Defendants.<br>_____ | CIVIL 11-00583-DAE-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 25, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DENY AS MOOT PLAINTIFFS PETER PHILIP ANDERSON AND PATRICIA ANN ANDERSON'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CITIMORTGAGE, INC. AND TO DIRECT THE CLERK OF COURT TO SET ASIDE ENTRY OF

DEFAULT AS TO CITIMORTGAGE, INC.," docket entry no 18, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 16, 2011.



_____
David Alan Ezra
United States District Judge

Peter Philip Anderson, et al. vs. Citimortgage, Inc., et al., Civil No. 11-00583 DAE-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION